IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE CHIROPRACTIC NEUROLOGY CENTER
OF TUPELO; CHIROPRACTIC NEUROLOGY
CONSULTANT PC d/b/a AMERICAN FUNCTIONAL
NEUROLOGY INSTITUTE; DR. WILLIAM A. BARLOW, D.C.;
and DR. MATTHEW C. MACKEY, D.C. PLAINTIFFS

v. CIVIL ACTION NO. 1:15-cv-00219-GHD-DAS

DR. MICHAEL JOHNSON, D.C.;
DR. MICHAEL JOHNSON d/b/a
THE CENTER FOR QUALITY HEALTHCARE;
DR. MICHAEL JOHNSON d/b/a
JOHNSON METHOD CONSULTING;
JOHN DOE ENTITIES 1–10; and JOHN DOES 1–10 DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

Presently before the Court is Defendants' motion for leave to exceed page limitation [108] in their memorandum brief in support of their motion for summary judgment, as well as in their memorandum brief in support of their reply to motion for summary judgment. Defendants request that they be allowed to file a memorandum brief in support of their motion for summary judgment of up to 50 pages in length, and a memorandum brief in support of their reply to motion for summary judgment of up to 20 pages in length. Plaintiffs' counsel has indicated he has no objection to the request. The Court finds the same is well taken.

THEREFORE, the Court ORDERS that Defendants' motion for leave to exceed page limitation [108] is GRANTED; Defendants may file a memorandum brief in support of their motion for summary judgment up to 50 pages in length, as well as a memorandum brief in support of their reply to motion for summary judgment up to 20 pages in length.

SO ORDERED, this, the 30th day of May, 2017.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE