IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE CHIROPRACTIC NEUROLOGY CENTER
OF TUPELO; CHIROPRACTIC NEUROLOGY
CONSULTANT PC d/b/a AMERICAN FUNCTIONAL
NEUROLOGY INSTITUTE; DR. WILLIAM A. BARLOW, D.C.;
and DR. MATTHEW C. MACKEY, D.C.                                 **PLAINTIFFS/
COUNTER-DEFENDANTS**

v.                                 **CIVIL ACTION NO. 1:15-cv-00219-GHD-DAS**

DR. MICHAEL JOHNSON, D.C.;
DR. MICHAEL JOHNSON d/b/a
THE CENTER FOR QUALITY HEALTHCARE;
DR. MICHAEL JOHNSON d/b/a
JOHNSON METHOD CONSULTING;
JOHN DOE ENTITIES 1-10; and JOHN DOES 1-10         **DEFENDANTS/
COUNTER-PLAINTIFFS**

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION

Presently before the Court is Plaintiffs' motion for leave to exceed page limitation [136] in their memorandum brief accompanying their response to Defendants' motion for summary judgment [123]. Plaintiffs request that they be allowed to file a memorandum brief to Defendants' motion for summary judgment [123] of up 70 pages in length. Previously, Defendants filed a motion to exceed page limitation [108] on the memorandum brief accompanying Defendants' motion for summary judgment [123]. The Court subsequently granted this request in an Order [109] dated May 30, 2017. Upon due consideration, the Court finds that Plaintiffs' request to exceed the page limitation in their memorandum brief accompanying their response to Defendants' motion for summary judgment is proper and well taken.

ACCORDINGLY, the Court ORDERS that Plaintiffs' motion for leave to exceed page limitation [136] is GRANTED. The Plaintiffs may file a memorandum brief accompanying their response to Defendants' motion for summary judgment [123] up to 70 pages in length.

SO ORDERED, this, the 11th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE