# Verity Digital Forensics

2095 Exeter Road, Suite 80-136
Germantown, TN 381383919
Tel: (901) 302-9166 Fax: (901) 302-9177
info@veritydigital.net
www.veritydigital.net

---

| | |
|---|---|
| Dr. Andy Barlow<br>398 North Eason Boulevard<br>Tupelo, MS 38804 | **Invoice**<br>**Invoice Date:** Nov 29, 2016<br>**Invoice Num:** V1346PS<br>**Billing Through:** Nov 29, 2016 |

**Andy Barlow, DC** (ABARLOW:) - Managed by (TS)

**Professional Services**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Initiated analysis of circumstances surrounding an incident involving the unauthorized access of the Neuro Metabolic Group phpBB forum. Identified the IP addresses for each of the sites associated with Dr. Michael Johnson and compared to those of the suspect sites. Researched public-facing Internet domain entries referencing Dr. Andy Barlow. | 2.50 | $185.00 | $462.50 |
| 5/10/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Continued the analysis and investigation of the circumstances surrounding an incident involving the unauthorized access of the Neuro Metabolic Group phpBB forum. | 0.25 | $185.00 | $46.25 |
| 5/26/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Examined the PHPbb Neuro Metabolic Group forum for the purpose of assessing the security of the online bulletin board. Documented the existing user-level security and the Terms & Conditions for site usage. Submitted registration for account credentials. | 0.75 | $185.00 | $138.75 |
| 5/27/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Continued assessing the security of the online bulletin board, using new user profile confirmed ability to access to the PHPbb Neuro Metabolic Group forum and initiated testing of the password reset process. | 0.50 | $185.00 | $92.50 |
| 6/6/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Assessed overall structure and content of the Neuro Metabolic Group phpBB forum. Researched phpBB configuration requirements and database integration. Solicited input from current forum administrator Dr. Todd Wilson with specific questions pertaining to the database structure used to store posts in the forum. This information clarifies the tool set needed to forensically examine the database for traces of the infringing activities by the intruder and assessing the extent of the compromise. | 1.25 | $185.00 | $231.25 |
| 7/6/2016 | TS | INCIDENT RESPONSE - INVESTIGATION<br>Continued assessing extent of compromise by coordinating online walkthrough current site administrator Dr. Todd Wilson. Reviewed server-side organization and structure of Neuro Metabolic Group phpBB forum. | 1.00 | $185.00 | $185.00 |

**Exhibit "AH"**

# Verity Digital Forensics

2095 Exeter Road, Suite 80-136

Germantown, TN 381383919

Tel: (901) 302-9166 Fax: (901) 302-9177

info@veritydigital.net

www.veritydigital.net

---

Dr. Andy Barlow
398 North Eason Boulevard
Tupelo, MS 38804

## Invoice

**Invoice Date:** Nov 29, 2016

**Invoice Num:** V1346PS

**Billing Through:** Nov 29, 2016

**Andy Barlow, DC** (ABARLOW:) - Managed by (TS)

**Professional Services**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/30/2016 | TS | INCIDENT RESPONSE - REMEDIATION | 1.50 | $185.00 | $277.50 |
| | | Evaluated (4) local web development Internet service companies and evaluated their suitableness for transfer administration of the Neuro Metabolic Group phpBB forum to the Barlow's control. This is a remedial measure that enables the Barlows more direct control over the forum security. | | | |
| 9/9/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 1.25 | $185.00 | $231.25 |
| | | Received digital copy of the Neuro Metabolic Group phpBB forum database and initiated a forensic examination of same to analyze intruder computer activities and circumstances surrounding the unauthorized access of the forum. | | | |
| 9/12/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 1.00 | $185.00 | $185.00 |
| | | Compared production Neuro Metabolic Group phpBB forum with the copy of the database that was provided for examination. Identified substantial differences in content and reached out to new site administrator to obtain complete copy. The complete database is needed to properly determine the extent of the compromise. | | | |
| 10/7/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 0.50 | $185.00 | $92.50 |
| | | Obtained online access to a fully functional backup site of the Neuro Metabolic Group phpBB forum. Received a complete copy of the database (phyMyAdmin SQL database dump) for further examination. The complete database is used to determine the extent of the intruder's activities during the compromise. | | | |
| 11/1/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 4.25 | $185.00 | $786.25 |
| | | Initiated forensic examination of phyMyAdmin SQL database dump which is a copy of the original database used on the PHPbb Neuro Metabolic Group forum. Extracted IP addresses associated with 1000+ users for geolocation validation to aid in the analysis of circumstances pertaining to the unauthorized access of the forum. | | | |

CNC0001435

## Verity Digital Forensics

2095 Exeter Road, Suite 80-136
Germantown, TN 381383919
Tel: (901) 302-9166 Fax: (901) 302-9177
info@veritydigital.net
www.veritydigital.net

## Invoice

Dr. Andy Barlow
398 North Eason Boulevard
Tupelo, MS 38804

**Invoice Date:** Nov 29, 2016
**Invoice Num:** V1346PS
**Billing Through:** Nov 29, 2016

**Andy Barlow, DC** (ABARLOW:) - Managed by (TS)

**Professional Services**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 2.00 | $185.00 | $370.00 |
| | | Examined the database underpinning the Neuro Metabolic Group phpBB forum with an emphasis on identifying the tables containing records having IP Address fields. This is for the purpose of attempting to identify source(s) of unauthorized access (intrusion) to the forum. | | | |
| 11/8/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 0.50 | $185.00 | $92.50 |
| | | Researched the existence of any binary log files associated with the Neuro Metabolic Group phpBB forum that could be used to recover previously deleted records. Binary log files would be useful in investigating any destruction or damage caused by the intruder. | | | |
| 11/9/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 2.25 | $185.00 | $416.25 |
| | | Initiated the cross-referencing of the IP addresses stored in the Neuro Metabolic Group phpBB forum database for the purpose of geolocating the database records to identify the geographic locations (City and State, Country) of forum users and their activities including message posting. This is necessary to properly assess the intruder's computer activities. | | | |
| 11/9/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 2.50 | $185.00 | $462.50 |
| | | Continued the cross-referencing of the IP addresses stored in the Neuro Metabolic Group phpBB forum database. This is used in the assessment the intruder's computer activities. | | | |
| 11/10/2016 | TS | INCIDENT RESPONSE - INVESTIGATION | 0.50 | $185.00 | $92.50 |
| | | Examined the log files provided under subpoena by JustHost, the company that formerly hosted the Neuro Metabolic Group phpBB forum to assess how the logs will aid in revealing the intruder's activities and the extent of the compromise. | | | |
| 11/22/2016 | TS | INCIDENT RESPONSE - REMEDIATION | 0.50 | $185.00 | $92.50 |
| | | Followed-up with previous administrator of the Neuro Metabolic Group phpBB forum, Dr. Todd Wilson for the purpose of determining the availability of any full system backups that JustHost may still have archived from late 2015. This will be used to assess overall system security (historical and current) and serve as input to creating updated security protocols. | | | |

CNC0001436

**Verity Digital Forensics**

2095 Exeter Road, Suite 80-136
Germantown, TN 381383919
Tel: (901) 302-9166 Fax: (901) 302-9177
info@veritydigital.net
www.veritydigital.net

---

## Invoice

Dr. Andy Barlow
398 North Eason Boulevard
Tupelo, MS 38804

**Invoice Date:** Nov 29, 2016
**Invoice Num:** V1346PS
**Billing Through:** Nov 29, 2016

**Andy Barlow, DC** (ABARLOW:) - Managed by (TS)

| | |
|---|---|
| Total Service Amount: | $4,255.00 |
| Amount Due This Invoice: | $4,255.00 |

*This invoice is due upon receipt*

### Account Summary

| Services BTD | Expenses BTD | Last Inv Num | Last Inv Date | Last Inv Amt | Last Pay Amt | Prev Unpaid Amt |
|---|---|---|---|---|---|---|
| $4,255.00 | $0.00 | -- | -- | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total Amount Due Including This Invoice: | $4,255.00 |

CNC0001437