IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE CHIROPRACTIC NEUROLOGY CENTER
OF TUPELO; CHIROPRACTIC NEUROLOGY
CONSULTANT PC d/b/a American Functional
Neurology Institute; DR. WILLIAM A. BARLOW, D.C.;
and DR. MATTHEW C. MACKEY, D.C.  PLAINTIFFS/
COUNTER-DEFENDANTS

v.  CIVIL ACTION NO. 1:15-cv-00219-GHD-DAS

DR. MICHAEL JOHNSON, D.C.;
DR. MICHAEL JOHNSON d/b/a
The Center for Quality Healthcare;
DR. MICHAEL JOHNSON d/b/a
Johnson Method Consulting;
JOHN DOE ENTITIES 1–10; and JOHN DOES 1–10  DEFENDANTS/
COUNTER-PLAINTIFFS

## SUPERSEDING ORDER GRANTING
## PARTIES' JOINT MOTION FOR EXTENSIONS OF TIME

Defendants' counsel has informed the Court that its original proposed order contained typographical errors with respect to two requested deadlines. The Court therefore enters this superseding Order to correct the aforementioned errors in dates.

Presently before the Court is the parties' joint motion for extensions of time [144]. The parties state that due to other pressing matters and the volume of issues contained in the pending motions, the parties need additional time to respond to all pending motions. Upon due consideration, the Court finds that the motion for extensions of time is well taken.

ACCORDINGLY, the Court ORDERS that the parties' joint motion for extensions of time [144] is GRANTED. The parties must follow the following updated schedule in responding to pending motions:

1. Plaintiffs must file any response to Defendants' motion *in limine* to strike evidence and exclude testimony [127] on or before Friday, July 28, 2017.

2. Plaintiffs must file any reply to their motion *in limine* for admission of evidence of Defendant Johnson's extrinsic acts: complaints to professional boards [110] on or before Friday, July 28, 2017.

3. Defendants must file any reply to their motion for summary judgment [123] on or before Monday, August 7, 2017.

4. Defendants must file any reply to their *Daubert* motion to exclude the testimony of certain expert [124] on or before Monday, August 7, 2017.

5. Plaintiffs must file any reply to their *Daubert* motion to exclude testimony of Robert G. Anderson [119] on or before Monday, August 7, 2017.

6. Plaintiffs must file any reply to their *Daubert* motion to exclude the testimony of Brendan O'Conner [121] on or before Monday, August 7, 2017.

SO ORDERED, this, the 26th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE